■ In the Matter of LISA M. B., Respondent, v ALI A., Appellant. [606 NYS2d 1010] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: Family Court (Trost, J.H.O.) erred in failing to determine respondent's post-trial motion to dismiss and petitioner's cross motion to reopen the proof or for a new trial. It further erred in transferring those motions to another Judge for determination. We remit the matter, therefore, to Trost, J.H.O., for his consideration and determination of those motions. (Appeal from Order of Erie County Family Court, Dillon, J.—Paternity.) Present—Denman, P. J., Green, Balio, Fallon and Boomer, JJ. (Filed Nov. 4, 1993.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN PRZESIAK, Appellant. [606 NYS2d 1012] —Judgment unanimously affirmed. Memorandum: Our review of the record reveals that defendant's plea, which contained the waiver of his right to appeal, was voluntary, knowing, and intelligent (see, People v Callahan, 80 NY2d 273; People v Moissett, 76 NY2d 909, 911). Because defendant has waived his right to appeal, he has waived review of the severity of his bargained-for sentence (see, People v Allen, 82 NY2d 761). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.— Rape, 1st Degree.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.